## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-M-469 | 7/24/2025 6AM | Diamond Buchanan |

Inventory made in the presence of : Diamond Buchanan

Inventory of the property taken and name(s) of any person(s) seized:

iPhone in case
iPhone
Apple laptop
Apple laptop (pink)
iPhone
iPad
Apple laptop
bag of documents
Folder and book with documents
envelopes with mail
unopened mail
blue cell phone
black cell phone

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/15/2025

[signature]
*Executing officer's signature*

Jill Dring Special Agent
*Printed name and title*